UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

VS

MAARIO MARTEZ COLEMAN

CRIMINAL NUMBER
1:14cr172-TWT

ORDER AMENDING JUDGMENT

For good cause shown, it is ORDERED AND ADJUDGED that the judgment rendered on August 1, 2014 be amended as follows:

The Court adds the following additional recommendation to the Bureau of Prisons: That the defendant participate in the most intensive Bureau of Prisons drug/alcohol treatment program to which defendant meets Bureau of Prisons criteria.

IT IS ORDERED that the clerk deliver a certified copy of this order to the United States Marshal and to the United States Probation Officer.

SO ORDERED this 4th day of August, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
U. S. DISTRICT JUDGE